UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRAD L. RITENOUR, | ) | Case No. 5:05 CV 1478 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | PARTIAL JUDGMENT ENTRY |
| | ) | |
| STATE FARM MUTUAL | ) | |
| AUTOMOBILE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | Magistrate Judge James S. Gallas |
| Defendant. | ) | |
| | ) | |

For the reasons explained in the concomitant memorandum opinion and order, plaintiff's motion for partial summary judgment is granted and judgment is entered for plaintiff on the first count of the complaint in the amount $15,902.00 against defendant.  This case is not concluded.

IT IS SO ORDERED.

                                                    s/James S. Gallas
                                                United States Magistrate Judge

Dated: April 12, 2006